**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00894-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

BILL GUINN,

    Plaintiff/Petitioner,

v.

U.S. 10th CIRCUIT APPELLATE COURT CLERK, SHUMAKER,
U.S. 10th CIRCUIT COURT OF APPEALS, (Seeking Congressional Permission to Name
    as Defendant Here),
U.S. SUPREME COURT CLERK, HARRIS,
U.S. SUPREME COURT CLERK, HIGGINS, and
U.S. SUPREME COURT (Seeking Congressional Permission to name as Defendant
    Here),

    Defendants/Respondents.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff Bill Guinn currently resides in Denver, Colorado. On April 20, 2016, he submitted a Complaint, ECF No. 1, and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 3. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1) ____     is not submitted
(2) _X_     is not on proper form (must use the current Court-approved form)
(3) ____     is missing original signature by Plaintiff
(4) ____     is missing affidavit
(5) ____     affidavit is incomplete

1

(6) \_\_\_  affidavit is not properly notarized
(7) \_\_\_  names in caption do not match the names in caption of complaint
(8) \_\_\_  other:

**Complaint or Petition**:

(9) \_\_\_  is not submitted
(10) \_\_\_  is not on proper form (must use the Court's current form)
(11) \_\_\_  is missing an original signature by Plaintiff
(12) \_\_\_  is incomplete
(13) \_\_\_  uses et al. instead of listing all parties in caption
(14) \_\_\_  names in caption do not match names in text of Complaint
(15) \_\_\_  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) \_\_\_  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing an Application to Proceed in District Court Without Prepaying Fees and Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and use the form to cure the above noted deficiency. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice. It is

FURTHER ORDERED that the only proper filing at this time is the Application to Proceed in District Court Without Prepaying Fees and Costs (Long Form). All other filings will be stricken.

DATED April 21, 2016, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge